JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QING LIU ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Case No. SACV 12-0388-DOC(MLGx) |
| ) | |
| ) | ORDER DISMISSING CIVIL ACTION |
| WELLS FARGO HOME MORTGAGE, etc., ) et al. ) | |
| Defendants ) | |
| _____ ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution on April 26, 2012 and having previously issued an Order on May 10, 2012 continuing the response date to the Order to Show Cause to June 11, 2012, and the Court not having received any response to the Order to Show Cause,

IT IS THEREFORE ORDERED that this action is dismissed without prejudice for lack of prosecution.

DATED: June 28, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge